*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-2299-GW(PLAx) | Date | January 30, 2012 |
|---|---|---|---|
| Title | *L.A. Printex Industries, Inc. v. Ross Stores, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

None Present                                            None Present

**PROCEEDINGS (IN CHAMBERS):       COURT ORDER**

Counsel are not present. On December 8, 2011, the Court set an order to show cause hearing re settlement pursuant to the Notice of Settlement filed on December 6, 2011. No appearances were made nor responses filed. Plaintiffs are hereby notified that this action is **dismissed without prejudice.**

                                                                                                    :

Initials of Preparer   JG